**In re estate of John E. This, deceased. Gen. No. 7,999.**

Petition for citation against executor of estate. Petition dismissed. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Kennedy & Kennedy, Wallace J. Black, Clyde M. West and Harry E. Riddle, for appellants. H. M. Murray, for appellee.

Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Bert Bowman, plaintiff in error. Gen. No. 8,009.**
**The People of the State of Illinois, defendant in error, v. William Coffman, plaintiff in error. Gen. No. 8,010.**

Prosecution for selling intoxicants. Conviction and sentence. Error to the County Court of Morgan county; the Hon. Paul Samuell, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied February 11, 1927.

L. E. Stone, for plaintiff in error. Hugh Green, State's Attorney, for defendant in error.

Mr. Presiding Justice Crow delivered the opinion of the court.

---

**Glenn W. Ward, appellant, v. Oren Easton, administrator of the estate of Lewis Easton, deceased, appellee. Gen. No. 7,991.**

Action for death of child by wrongful act of automobile driver. Judgment for plaintiff. Appeal from the Circuit Court of Cumberland county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied February 11, 1927.

Hiram L. Scranton and Raymond G. Real, for appellant. Craig & Craig, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Shirley Pierson, plaintiff in error. Gen. No. 8,011.**

Conviction for illegal sale of intoxicants. Error to the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied February 11, 1927.

L. T. Graham, A. M. Fitzgerald and H. C. Moore, for plaintiff in error; A. M. Fitzgerald, of counsel. Edwin Johnston, State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.